JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| KELLI SUE DE PAEPE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., a national association; NDEX WEST, LLC, a Texas Corporation; WELLS FARGO HOME MORTGAGE, INC., a California corporation; and DOES 1 THROUGH 10, inclusive,<br><br>Defendants. | CASE NO.: 16-cv-01279-JVS (KESx)<br><br>*[Assigned to the Honorable James V. Selna]*<br><br>**ORDER GRANTING WELLS FARGO BANK, N.A.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Date: September 19, 2016<br>Time: 1:30 p.m.<br>Crtrm.: 10C |

The motion to dismiss Plaintiff's Complaint, filed by Defendant Wells Fargo Bank, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo") (erroneously sued separately as "Wells Fargo Home Mortgage, Inc.") came on regularly for hearing on September 19, 2016, the Honorable James V. Selna presiding.

The Court, having read and considered the motion, the request for judicial notice, all opposition and reply papers and the argument of the parties (if any), and

1 | good cause appearing rules as follows:

2 |     Plaintiff's first claim for Violation of Cal. Civ. Code § 2923.6 fails to state a
3 | claim because the claim is preempted by the Home Owners' Loan Act ("HOLA").
4 |     Plaintiff's second claim for Negligence fails to state a claim because the
5 | claim is preempted by HOLA.
6 |     Plaintiff's third claim for Violation of Bus. & Prof. Code § 17200 fails to
7 | state a claim because the claim is preempted by HOLA.
8 |     Plaintiff's fourth claim for Cancellation of Instrument fails to state a claim
9 | because the claim is preempted by HOLA.

11 | **IT IS HEREBY ORDERED:**
12 |   1.    Defendant Wells Fargo's Request for Judicial Notice is granted;
13 |   2.    Defendant Wells Fargo's Motion to Dismiss Plaintiff's Complaint is
14 |       granted in all respects, without leave to amend; *and*
15 |   3.    Plaintiff's Complaint is dismissed with prejudice.

20 | Dated: September 21, 2016

                                  THE HONORABLE JAMES V. SELNA
                                  UNITED STATES DISTRICT JUDGE