# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| KELLI SUE DE PAEPE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., a national association; NDEX WEST, LLC, a Texas Corporation; WELLS FARGO HOME MORTGAGE, INC., a California corporation; and DOES 1 THROUGH 10, inclusive,<br><br>Defendants. | CASE NO.: 16-cv-01279-JVS (KESx)<br><br>**JUDGMENT OF DISMISSAL**<br><br>*[Assigned to the Honorable James V. Selna]* |

The motion to dismiss Plaintiff's Complaint filed by Defendant filed by defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB (erroneously sued separately as "WELLS FARGO HOME MORTGAGE, INC.") was scheduled for hearing on September 19, 2016 of the above-entitled court, the Hon. James V. Selna presiding.  There were no appearances on behalf of Plaintiff or Wells Fargo.

After full consideration of the authorities and written arguments submitted by the parties, the Court issued its tentative order on September 16, 2016, granting the motion to dismiss in its entirety with prejudice.  The parties submitted on the tentative, the Court therefore adopted its tentative Order as follows:

Accordingly:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. Wells Fargo's Request for Judicial Notice is GRANTED;
2. The Complaint is dismissed, as to all causes of action, with prejudice;

3. Judgment is entered in favor of defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB (erroneously sued separately as "WELLS FARGO HOME MORTGAGE, INC."); and

4. Plaintiff, Kellie Sue De Paepe will recover nothing in this action from defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB (erroneously sued separately as "WELLS FARGO HOME MORTGAGE, INC.")

DATED: September 27, 2016

_____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101.

On the date below, I served a copy of the foregoing document entitled:

### [PROPOSED] JUDGMENT OF DISMISSAL

on the interested parties in said case as follows:

*Served Electronically Via the Court's CM/ECF System:*

| *Attorneys for Plaintiff*<br>*Kellie Sue De Paepe:* | *Attorneys for Defendant*<br>*NDeX West, LLC:* |
|---|---|
| Giandominic Vitiello, Esq.<br>KATCHKO, VITIELLO & KARIKOMI, PC<br>11500 W. Olympic Blvd., Suite 400<br>Los Angeles, CA 90064<br><br>Tel.: (310) 943-9587<br>Fax: (424) 204-0401 | Edward A. Treder, Esq.<br>James T. Lee, Esq.<br>BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP<br>20955 Pathfinder Rd., Suite 300<br>Diamond Bar, CA 91765<br><br>Tel.: (626) 915-5714<br>Fax: (626) 915-0289 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on September 23, 2016.

| Carol Goodwin | */s/ Carol Goodwin* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |